B 2100A (Form 2100A) (12/15)

UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

Southern Division

In re: Alice Lynn Grant , Case No. 17-40790

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, LP | Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture trustee, for CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, Series 2014-RPL2 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Court Claim # (if known): 5-1
Amount of Claim: $111,369.26
Date Claim Filed: 05/30/2017

Phone: 888-504-6700
Last Four Digits of Acct #: 8116

Phone: 1-800-258-8602
Last Four Digits of Acct. #: 8540

Name and Address where transferee payments should be sent (if different from above):
Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: 888-504-6700
Last Four Digits of Acct #: 8116

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian Yoho Date: October 30, 2017
Brian Yoho (P66140)
Transferee/Transferee's Agent
Attorney for MTGLQ Investors, LP
31440 Northwestern Hwy Ste. 200
Farmington Hills, MI 48334-5422
248-642-2515
Email: EasternECF@trottlaw.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.